**Exhibit D – Witness Fees**

| STITES & HARBISON, PLLC | | | | | 1772 |
|---|---|---|---|---|---|
| DATE | INVOICE NO. | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
| 10-2-08 | 0232W-00069 | WITNESS FEE FOR DEPOSITION (ATTENDANCE & MILEAGE) | | | $40.29 |
| WAL-MART STORES, INC. | | Aou40 9 | | TOTAL | $40.29* |

REVIEWED 8

**CHARGE TO (CLIENT NAME OR TYPE OF FIRM EXPENSE):** iLight
**CLIENT CODE:** 0232W
**MATTER CODE:** 00069

**REQUESTOR'S NAME (Person Requesting Check):** Stramer

**OFFICE LOCATION AND FLOOR:**
- ☐ Louisville
- ☐ Atlanta
- ☐ Jeffersonville
- ☐ Alexandria
- ☐ Lexington
- ☒ Nashville 8
- ☐ Frankfort

**SEND CHECK TO:**
- ☒ REQUESTOR
- ☐ ABOVE PAYEE AT ADDRESS SHOWN
- ☐ OTHER (SPECIFY)

**ACCOUNTING USE ONLY**
| DEBIT | CREDIT | CHECK NO. |
|---|---|---|

**SIGNATURE OF AUTHORIZED PERSON:**
(original en route)

*Lisa Stramer*

# 501324

### Reminders:
- Please copy **receipts** onto 8½ x 11 paper and <u>clip</u> the copied page(s) to the Check Request form.
- If you are **e-mailing** this form to Accounting, <u>do not</u> use the File + Send To Mail Recipient option in Word. This form should be a Word or Adobe attachment to your e-mail message.

| STITES & HARBISON, PLLC | | | CHECK DATE: 10-31-08 | | CHECK NO.: 163796 | |
|---|---|---|---|---|---|---|
| DATE | INVOICE | VOUCHER | COMMENTS | NET | G/L ACCOUNT | AMOUNT |
| 10-31-08 | 0232W-00069 | 504510 | WITNESS & MILEAGE FEE ($40.00 + 1 MILE AT .0585 PER MILE) | 40.59 | 59999 0000 | 40.59 |
| | | | | VENDOR ID: 904912 | TOTAL | $40.59 |

**REVIEWED**

VENDOR: RICHARD HUO

| CHARGE TO (CLIENT NAME OR TYPE OF FIRM EXPENSE): | CLIENT CODE: | MATTER CODE: |
|---|---|---|
| iLight/Fallon | 0232W | 00069 |

| REQUESTOR'S NAME (Person Requesting Check): | OFFICE LOCATION AND FLOOR: |
|---|---|
| Lisa Stramer | ☐ Louisville ___ ☐ Lexington ___ <br> ☐ Atlanta ___ ☒ Nashville  8 <br> ☐ Jeffersonville ☐ Frankfort <br> ☐ Alexandria |

**SEND CHECK TO:**
☒ REQUESTOR      ☐ ABOVE PAYEE AT ADDRESS SHOWN
☐ OTHER (SPECIFY)

| | | | SIGNATURE OF AUTHORIZED PERSON: |
|---|---|---|---|
| DEBIT | CREDIT | CHECK NO. | *Lisa Stramer* |

# 504510

**Reminders:**
- Please copy **receipts** onto 8½ x 11 paper and <u>clip</u> the copied page(s) to the Check Request form.
- If you are **e-mailing** this form to Accounting, <u>do not</u> use the File + Send To Mail Recipient option in Word. This form should be a Word or Adobe attachment to your e-mail message.

| STITES & HARBISON, PLLC | | | | CHECK DATE: 10-31-08 | | CHECK NO.:163797 | |
|---|---|---|---|---|---|---|---|
| DATE | INVOICE | VOUCHER | COMMENTS | NET | G/L ACCOUNT | | AMOUNT |
| 10-31-08 | 0232W-00069 | 504511 | WITNESS & MILEAGE FEE ($40.00 + 1 MILE AT 0.585 PER MILE ) | 40.59 | 59999 | 0000 | 40.59 |
| | | | REVIEWED 8 | | | | |
| VENDOR: DOUGLAS H. BAGIN | | | | VENDOR ID: 904913 | | TOTAL | $40.59 |

163797

CHARGE TO (CLIENT NAME OR TYPE OF FIRM EXPENSE): iLight/Fallon

CLIENT CODE: 0232W

MATTER CODE: 00069

REQUESTOR'S NAME (Person Requesting Check): Lisa Stramer

OFFICE LOCATION AND FLOOR:
- ☐ Louisville
- ☐ Atlanta
- ☐ Jeffersonville
- ☐ Alexandria
- ☐ Lexington
- ☒ Nashville   8
- ☐ Frankfort

SEND CHECK TO:
☒ REQUESTOR
☐ OTHER (SPECIFY)
☐ ABOVE PAYEE AT ADDRESS SHOWN

| DEBIT | CREDIT | CHECK NO. |
|---|---|---|

SIGNATURE OF AUTHORIZED PERSON: *Lisa Stramer*

# 504511

### Reminders:
- Please copy **receipts** onto 8½ x 11 paper and <u>clip</u> the copied page(s) to the Check Request form.
- If you are **e-mailing** this form to Accounting, <u>do not</u> use the File + Send To Mail Recipient option in Word. This form should be a Word or Adobe attachment to your e-mail message.