**EXHIBIT F - Itemization of Other Expenses**

| Invoice Date | Invoice Amount | Vendor | Description |
|---|---|---|---|
| 4/7/2006 | $162.60 | Stephen Price | Purchase of Infringing Produce for Evidence |
| 4/18/2006 | $157.76 | William Ferrell | Purchase of Infringing Produce for Evidence |
| 3/25/2009 | $74.18 | John Scruton | Purchase of Infringing Produce for Evidence |
| 4/6/2009 | $65.00 | John Scruton | Purchase of Infringing Produce for Evidence |
| 5/4/2009 | $18,556.21 | Advanced Litigation Solutions, Inc. | Audio/Visual Trial Presentation of Evidence |
| | **$19,015.75** | **TOTAL** | |

```
Cost Table Listing  --  Sorted by Cost Index              May 26 2009  14:52:18      Page     1

-----------------------------------------------------------------------------------------------
Index   Loc   Matter      TKeeper        Date_Disbsd Quantity      Rate_Worked  Amount   Costcode  Batch_no.   W_Period
              Status SumFlag Author/Tax  Date_Billed Quant_Billed  Rate_Billed  Billed   Ledger    Invoice_no. I_Period
-----------------------------------------------------------------------------------------------

              Voucher: 396208    Vendor: 900072   STEPHEN H. PRICE              Check: 146939
6142470         1         MISC. REIMBURSEMENT:  PURCHASE OF FALLON
6142471         2         PRODUCT INFRINGING CLIENT'S PATENT- STEPHEN
6142472         3         PRICE
6165069 01    0232W-00069        10 DWN      04/19/2006      1.00        157.76    157.76 208       184437      0406
              B   N                          05/23/2006      1.00        157.76    157.76 HCOST     527348      0506
              Voucher: 396842    Vendor: 20568    WILLIAM C FERRELL             Check: 648273
6195917         1         OBTAIN COPY OF INFRINGED ITEM FOR PATENT
6195918         2         DEFENSE ON 04-18-2006
```

Case 2:06-cv-00025   Document 295-6   Filed 05/28/2009   Page 2 of 18

# STITES & HARBISON PLLC
ATTORNEYS

**STITES & HARBISON CHECK REQUEST**

| CASH ACCOUNT: | AMOUNT: | DATE REQUESTED: | NEED: |
|---|---|---|---|
| ☑ REGULAR TRUST | $162.60 | 4/7/06 | ☐ ASAP<br>☑ Normal Course of Business<br>☐ Other<br>Date:<br>Time: |

**PAYEE:** Stephen H. Price  $000

**PURPOSE:** Purchase of Fallon product infringing client's patent

**CHARGE TO (CLIENT NAME OR TYPE OF FIRM EXPENSE):** iLight/Fallon

**CLIENT CODE:** 0232W  **MATTER CODE:** 00069

**REQUESTOR'S NAME:** SHP

**OFFICE LOCATION:**
☐ Louisville   ☐ Lexington
☐ Atlanta      ☑ Nashville
☐ Jeffersonville  ☐ Frankfort
☐ Alexandria

**SEND CHECK TO:**
☑ REQUESTOR   ☐ ABOVE PAYEE AT ADDRESS SHOWN
☐ OTHER (SPECIFY):

ACCOUNTING USE ONLY | SIGNATURE OF AUTHORIZED PERSON:
DEBIT | CREDIT | CHECK NO.

# 396208

Our Business Is Saving
Your Business Money.℠



```
CLUB MANAGER G LIVINGSTON
      ( 615 ) 834 - 9092
   Fax and Pull # (615)333-2602
         NASHVILLE, TN
03/30/06 10:52                    1598

W MEMBER   101-2324 10987

           THANK YOU
   STITES & HARBISON  PLLC  ADMIN

      **SUSPEND ITEMS FOLLOW**
      58929 DT SPRK ICE       11.86 R
      968794 FRITOLAY 2PK      4.88 R
      413823 OPENSION        148.83 T
      272086 ROKHE  PC BA      8.78 R
      955756 SK REDBERRY       7.83 R
      692127 COPPERTONE        6.87 T
      952475 CEREAL BARS       8.48 R
      444252 SENSOR EXCEL     30.88 T
      385312 GATORADE         14.23 R
      760136 SK MILK           2.18 R
      876311 SM SALMON         9.88 R
      319684 GROUND BEEF      11.92 R
      862342 MM CEREAL         4.78 R
      **SUSPEND ITEMS COMPLETE**
                SUBTOTAL     271.40
          TAX 1   9.250 %     17.26
          TAX 2   8.250 %      7.00
                   TOTAL     295.66
              CHECK TEND     295.66
              CHANGE DUE       0.00

        # ITEMS SOLD 13

   TC# 1043 4266 5282 5774 7569 1

   Business Members:Join us fo
   small business week. April
        03/30/06     10:53
```

148.83
× 1.0925
─────────
$162.60

# STITES & HARBISON PLLC
ATTORNEYS



| STITES & HARBISON CHECK REQUEST | CASH ACCOUNT:<br>☒ REGULAR<br>☐ TRUST | AMOUNT:<br>$157.76 | DATE REQUESTED:<br>4/18/06 | NEED:<br>☐ ASAP<br>☒ Normal Course of Business<br>☐ Other<br>Date:<br>Time: |
|---|---|---|---|---|
| **PAYEE:**<br>William C. Ferrell  20568 | **PURPOSE:**<br>Obtain copy of infringed item for patent defense | | | |
| **CHARGE TO (CLIENT NAME OR TYPE OF FIRM EXPENSE):** | | | **CLIENT CODE:**<br>0232W | **MATTER CODE:**<br>00069 |
| **REQUESTOR'S NAME (Person Requesting Check):**<br>William C. Ferrell | **OFFICE LOCATION:**<br>☒ Louisville  ☐ Lexington<br>☐ Atlanta  ☐ Nashville<br>☐ Jeffersonville  ☐ Frankfort<br>☐ Alexandria | | | |
| **SEND CHECK TO:**<br>☐ REQUESTOR<br>☒ OTHER (SPECIFY): Annie Rivers | | | ☐ ABOVE PAYEE AT ADDRESS SHOWN | |
| **ACCOUNTING USE ONLY**<br>DEBIT  CREDIT  CHECK NO. | **SIGNATURE OF AUTHORIZED PERSON:**<br>*Annie Rivers* | | | |

PAID APR 19 2006 By____



```
         Our Business Is Saving
         Your Business Money.℠

              SAM'S CLUB
       CLUB MANAGER  TODD DAVIS O
              ( 812 ) 28 - 0310
              (812) 28-0310
              CLARKSVILLE, IN
       04/18/06  13:59  6805 851 006        405

       V MEMBER  101-10366023190

       THANK YOU,
       WILLIAM FERRELL JR

           413823 OPENSIGN              148.83 T
                        SUBTOTAL        148.83
               TAX 1   6.000 %            8.93
                           TOTAL        157.76
                  DEBIT CASH BACK        20.00
              TOTAL DEBIT PURCHASE      177.76
                     DEBIT  TEND        157.76
                      CHANGE DUE         20.00

       EFT DEBIT       PAY FROM PRIMARY
       ACCOUNT :                9250
         157.76  PURCHASE
          20.00  CASH BACK              $157.76
         177.76  TOTAL PURCHASE
       REF # 610800057540                0232W/
       NETWORK ID. 0090 APPR CODE 945078
              04/18/06    13:59:58       /60069

            # ITEMS SOLD 1

         TC# 1744 7000 4180 1887 6896 4

       ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
            Celebrate Cinco De Mayo
       Get your party supplies at Sam's Club
            04/18/06      14:00:03
```

# STITES & HARBISON PLLC
ATTORNEYS

| STITES & HARBISON CHECK REQUEST | CASH ACCOUNT<br><br>☒ REGULAR<br><br>☐ TRUST | AMOUNT:<br><br>$65.00 | DATE REQUESTED:<br><br>4/06/09 | NEED:<br><br>☐ ASAP<br>☒ Normal Course of Business<br>☐ Other<br><br>Date:<br>Time: |
|---|---|---|---|---|
| **PAYEE:**<br>John W. Scruton  15627 | **PURPOSE:**<br>Reimbursement for purchase of Fallon LED "Open" sign for trial exhibit | | | |
| **CHARGE TO (CLIENT NAME OR TYPE OF FIRM/EXPENSE):**<br>PAID APR 07 2009 | | | **CLIENT CODE:**<br>0232W | **MATTER CODE:**<br>00069 |
| **REQUESTOR'S NAME (Person Requesting Check):**<br>John W. Scruton | **OFFICE LOCATION AND FLOOR:**<br>☒ Louisville  18  ☐ Lexington<br>☐ Atlanta         ☐ Nashville<br>☐ Jeffersonville  ☐ Frankfort<br>☐ Alexandria | | | |
| **SEND CHECK TO:**<br>☐ REQUESTOR<br>☒ OTHER (SPECIFY) Annie Rivers | ☐ ABOVE PAYEE AT ADDRESS SHOWN | | | |
| ACCOUNTING USE ONLY<br>DEBIT  CREDIT  CHECK NO. | | | **SIGNATURE OF AUTHORIZED PERSON:**<br>Annie Rivers | |

**Reminders:**
- Please copy **receipts** onto 8½ x 11 paper and <u>clip</u> the copied page(s) to the Check Request form.
- If you are **e-mailing** this form to Accounting, <u>do not</u> use the File + Send To Mail Recipient option in Word. This form should be a Word or Adobe attachment to your e-mail message.

⬅ Back to order details



## Payment Summary

Date printed: Apr-04-09

| | |
|---|---|
| Status: | Paid with PayPal on Apr 04, 2009. |
| Seller: | jessikarae128 |
| Buyer: | papasnake59 |

### Shipping

Seller should ship to: John Scruton
400 W Market St Suite 1800
Louisville KY 40202
United States
(502) 681-0320

### Payment

| Item Name | Shipping | Qty | Price |
|---|---|---|---|
| Neon Open Sign.130295503658 | US Postal Service Parcel Post: US $15.00<br>Estimated delivery: 5-12 business days* | 1 | US $50.00 |
| | Subtotal: | | US $50.00 |
| | Shipping & handling: | | US $15.00 |
| | Total: | | **US $65.00** |

Payment details:      PayPal

Copyright © 1995-2009 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

*Reimbursement, please.
Fallon LED open sign for trial exhibit.
0232W/00069*

[signature]

# STITES & HARBISON PLLC
### ATTORNEYS

| STITES & HARBISON CHECK REQUEST | CASH ACCOUNT<br>☒ REGULAR<br><br>☐ TRUST | AMOUNT:<br>$74.18<br><br>PAID<br>MAR 25 2009<br>By_____ | DATE REQUESTED:<br>3/25/09 | NEED:<br>☐ ASAP<br>☒ Normal Course of Business<br>☐ Other<br>Date:<br>Time: |
|---|---|---|---|---|
| **PAYEE:**<br>John W. Scruton  15627 | **PURPOSE:**<br>Reimbursement for purchase of a sign for use as a trial exhibit | | | |

| CHARGE TO (CLIENT NAME OR TYPE OF FIRM EXPENSE): | CLIENT CODE:<br>0232W | MATTER CODE:<br>00069 |
|---|---|---|

| REQUESTOR'S NAME (Person Requesting Check):<br>John W. Scruton | OFFICE LOCATION AND FLOOR:<br>☒ Louisville  18     ☐ Lexington _____<br>☐ Atlanta _____       ☐ Nashville _____<br>☐ Jeffersonville         ☐ Frankfort<br>☐ Alexandria |
|---|---|

**SEND CHECK TO:**

☐ REQUESTOR   ☐ ABOVE PAYEE AT ADDRESS SHOWN

☒ OTHER (SPECIFY) Annie Rivers

| ACCOUNTING USE ONLY | | | SIGNATURE OF AUTHORIZED PERSON: |
|---|---|---|---|
| **DEBIT** | **CREDIT** | **CHECK NO.** | *Annie Rivers* |

## Reminders:

- Please copy **receipts** onto 8½ x 11 paper and <u>clip</u> the copied page(s) to the Check Request form.
- If you are **e-mailing** this form to Accounting, <u>do not</u> use the File + Send To Mail Recipient option in Word. This form should be a Word or Adobe attachment to your e-mail message.

eBay Order Details    Page 1 of 1

*[Handwritten note:]* Reimbursement request = this is for purchase of a Follow neon "open" sign for use on a trial exhibit. 0232w/00069 [signature]

# ebaY

Hi, papasnake59! (Sign out)

Buy | Sell | My eBay | Community | Help

Site Map

All Categories [Search] Advanced Search

**Categories▼  Motors  Stores  Deals**

eBay Security & Resolution Center

Home > My eBay > Order details

# Order details

| Shipping details | Payment details |
|---|---|
| **John Scruton**<br>400 W Market St Suite 1800<br>Louisville KY 40202<br>United States<br>(502) 681-0320 |  PayPal — VISA, DISC, BANK |

## Order details

| Item title | Available actions | Shipping & handling | Price |
|---|---|---|---|
| **Seller: sellitshop ( 1810 )** Power Seller  Contact seller | | | 🖨 Printer version |
| ✓ Paid on Mar-24-09 via PayPal | | | |
| OPEN Sign Red & Blue Neon Nice n' Bright !<br>190294526216 - Price: US $49.99<br>Quantity: 1 | Leave feedback ▼ | UPS Ground: **US $24.19**<br>Estimated delivery: 4-9 business days* | US $49.99 |

**Payment Instructions:**

Indiana residents are subject to a 7.0% sales tax which is charged during the Checkout process. We accept payment through USD PayPal, or Cash at local pickup. At the end of the auction, the winning bidder can pay using the checkout button, or wait to receive an automated email invoice shortly after the Auction ends. Checkout or Pick-up must be completed within 7 days after the auction ends.

|  |  |
|---|---|
| Subtotal: | US $49.99 |
| Shipping & handling: | US $24.19 |
| **Total:** | **US $74.18** |

*The estimated delivery time is based on the seller's handling time, the shipping service selected, and the payment method selected.

Copyright © 1995-2009 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

✓ VeriSign Secured   VERIFY ›

About SSL Certificates

http://payments.ebay.com/ws/eBayISAPI.dll?ViewPaymentStatus&cartid=62984516015    3/24/2009

Case 2:06-cv-00025    Document 295-6    Filed 05/28/2009    Page 10 of 18

# Advanced Litigation Solutions, Inc.

*"Real Answers for Real Problems"*

Summation Training • Case Management • Trial Presentation

## Statement of Services

**TIN # 76-0641482**

Invoice submitted to: May 4, 2009

Sheryl Littlefield  **Invoice #050109**
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219

Re:  iLight v. Fallon Trial – Final Trial Invoice

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/22/09 | Travel to Cookville, TN from Houston, TX | ½ Day Charge | $925.00 |
| 04/22/09 | Arrive at the hotel, meet Melissa Hunter and begin preparing for Day 2 of trial. | 3.0 hrs @ $185/hr | 555.00 |
| 04/23/09 | Prepare early in the day; attend and present Day 2 of trial beginning @ 1:00pm; continue preparing documents and videos for Day 3. | 18 hrs @ $186/hr | 3,330.00 |
| 04/24/09 | Present Day 3 of trial; continue preparing for Day 4. | 13 hrs @ $185/hr | 2,405.00 |
| 04/25/09 | Weekend Preparation | 10 hrs @ $185/hr | 1,850.00 |
| 04/26/09 | Weekend Preparation | 10 hrs @ $185/hr | 1,500.00 |
| 04/27/09 | Present Day 4 of trial; continue preparing for Day 5. | 12 hrs @ $185/hr | 2,220.00 |
| 04/28/09 | Present Day 5 of trial; continue preparing for closing argument. | 15 hrs @ $185/hr | 2,775.00 |
| 04/29/09 | Day 6 of trial; travel back to Houston. | 10 hrs @ $185/hr | 1,850.00 |
|  | Airfare – Electronic receipt attached |  | 544.20 |
|  | Southwest Airlines over weight fee for computer equipment box ($25 each way) |  | 50.00 |
|  | Car Rental – Electronic receipt attached |  | 417.50 |
|  | Meals – Receipts attached |  | 89.51 |

**2800 E Broadway, Suite C, #117 • Pearland, Texas 77581**
Tel: (281) 485-4025 • Fax: (281) 489-8122 • e-mail: cagnew@airmail.net

|  | Parking (Houston Airport) – Receipt attached |  | 45.00 |
|--|--|--|--|
|  | **Total** |  | $18,556.21 |
|  | **Retainer Fee Paid** |  | -10,000.00 |
|  | **Total Amount Due** |  | **$8,556.21** |

**Please remit total amount due <u>on or before</u> May 12, 2009.**

A service charge of 1 ½ % per month will be applied to all past due balances.

A copy of (paid) retainer fee invoice is attached for reference.

   

Credit card payments are accepted.  Please provide the information below, sign and fax back.

_____     _____
Credit Card Number                                                     Expiration Date

_____     **$8,556.21**
Authorized Signature                                                   Amount

*Thank You!*

**2800 E Broadway, Suite C, #117 • Pearland, Texas 77581**
**Tel:  (281) 485-4025  •  Fax:  (281) 489-8122  •  e-mail: cagnew@airmail.net**

Case 2:06-cv-00025     Document 295-6     Filed 05/28/2009     Page 12 of 18



# Advanced Litigation Solutions, Inc.
*"Real Answers for Real Problems"*

Summation Training • Case Management • Trial Presentation

## Trial Services Invoice

**TIN # 76-0641482**

Invoice submitted to:  April 25, 2009

Sheryl Littlefield  **Invoice # 040709**
Stites & Harbison
401 Commerce Street, Suite 800
Nashville, TN 37219

Re: iLight v. Fallon - Trial Presentation using Trial Director

Estimated 7 days of trial @ $1,850/day = $12,950.00
Two travel days @ $925.00/day = $1,850.00

**Retainer fee to be paid on or before April 28st = $10,000.00**

- At the conclusion of trial, a final bill will be submitted. Payment for final bill is expected within 7 days of submission. A service charge of 1 ½ % per month will be applied to all past due balances.
- Hourly rate during trial is $185/hr with a 10 hour minimum each day. Anything over 10 hours per day is billed at $185/hr., including working weekends.
- Travel time is billed at ½ the daily rate.
- All expenses (rent car, meals, etc) will be billed with the final invoice.
- Delays, extensions and rescheduling by the court could occur. For that reason, all times are estimated until trial is completed.
- In the event of settlement prior to trial, retainer fee is non-refundable.

Advanced Litigation Solutions will provide the following equipment:
- 1 Laptops for Trial Presentation
- 1 External USB Hard Drive for backup purposes
- 1 Portable Color Scanner
- 1 Portable Color Printer

2800 E. Broadway, Suite C #117 • Pearland, Texas 77581
Tel: (281) 485-4025 • Fax: (281) 485-0324 • e-mail: cagnew@airmail.net

Case 2:06-cv-00025   Document 295-6   Filed 05/28/2009   Page 13 of 18



LOW FARES. NO HIDDEN FEES. SAVE NOW

Receipt and Itinerary as of 04/22/09 7:09 PM

**Confirmation Number**
**J5W3Y9**

Confirmation Date: 04/22/09
Received: WN/CHARLENE AGNEW BY ICBM



**For Business Select Customers**
(where available)

**Be prepared when you get there!**
Consult Travel Guide for relevant
tips from real travelers.

| Passenger Information | | | |
|---|---|---|---|
| Passenger Name | Account Number | Ticket# | Expiration[1] |
| AGNEW/CHARLENE | 00000048568236 | 5262125359364 | 04/22/10 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

| Itinerary | | |
|---|---|---|
| Date | Flight | Routing Details |
| Wed Apr 22 | 3238 | Depart HOUSTON HOBBY (HOU) at 8:00 PM<br>Arrive in NASHVILLE TN (BNA) at 9:50 PM |
| Wed Apr 29 | 56 | Depart NASHVILLE TN (BNA) at 5:30 PM<br>Arrive in HOUSTON HOBBY (HOU) at 7:40 PM |

**Cost and Payment Summary**

Air         $ 489.30
Tax         $ 43.90
PFC Fee     $ 6.00
Security Fee $ 5.00

**Total Payment:**   544.20

Current payment(s)
04/22/09 Amer Express XXXXXXXXXXX1003 $544.20

**Fare Rule(s)**

All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

HOU WN BNA244.65KZBP WN HOU244.65KZBP 489.30 END ZPHOUBNA XFHOU3BNA3
AY5.00$HOU2.50 BNA2.50

**2800 E Broadway, Suite C, #117** • **Pearland, Texas 77581**
**Tel: (281) 485-4025** • **Fax: (281) 489-8122** • **e-mail: cagnew@airmail.net**

Case 2:06-cv-00025    Document 295-6    Filed 05/28/2009    Page 14 of 18

# Houston Airport System Receipt



Entry     April 22, 2009 18:56    Lane     HOU-PK03-01

Exit      April 25, 2009 12:48    Lane     HOU-PK04-02

EZ TAG Number 03775784

Parking Fee    $45.00

License plate    JZD694      License state TX


Thank you for parking at the Houston Airport System

Harris County Toll Road Authority

Contact Customer Service:

281-875-EASY (3279) M-F 7:30a-5:30p & Sat 8:00a

**2800 E Broadway, Suite C, #117 • Pearland, Texas 77581**
**Tel: (281) 485-4025 • Fax: (281) 489-8122 • e-mail: cagnew@airmail.net**

## Receipt 1

**SOUTHWEST AIRLINES Passenger Receipt** — OVER WEIGHT BAG

I ACKNOWLEDGE RECEIPT OF TICKET(S) AND/OR COUPONS FOR RELATED CHARGES DESCRIBED HEREON. PAYMENT IN FULL TO BE MADE WHEN BILLED OR IN EXTENDED PAYMENTS IN ACCORDANCE WITH STANDARD POLICY OF COMPANY ISSUING CARD. NO REFUNDS ON LOST TICKETS.

X _____ SIGNATURE OF CARDHOLDER

- ISO CODE: US
- NAME OF PASSENGER: AGNEW/CHARLENE
- DATE OF ISSUE: 22APR09
- PLACE OF ISSUE: HOUATA11
- PNR/CARRIER CODE: J5W3Y9 / WN
- AGENT CODE: 011
- ISSUING AGENT ID: e66731
- NAME OF PASSENGER: AGNEW/CHARLENE
- X/O FROM: HOUSTON HOBBY
- X/O TO: HOUSTON HOBBY

ITINERARY:
- HOUBNAWN3238  K22APR
- BNAHOUWN1396  K24APR

ENDORSEMENTS/RESTRICTIONS:
51 - 70 lbs. Overweight Bag(1)
FP AX AUTH: 567933 $25.00 FC

- FARE: $0000.00
- MISC: $0025.00
- TAX: $0000.00
- TAX XF: $0000.00
- TOTAL: $0025.00
- CPN: 0
- DOCUMENT NUMBER: 5262600422054
- CK: 6

NOT VALID FOR TRAVEL
0  5262600422054  6

---

## Receipt 2

**SOUTHWEST AIRLINES Passenger Receipt** — OVER WEIGHT BAG

I ACKNOWLEDGE RECEIPT OF TICKET(S) AND/OR COUPONS FOR RELATED CHARGES DESCRIBED HEREON. PAYMENT IN FULL TO BE MADE WHEN BILLED OR IN EXTENDED PAYMENTS IN ACCORDANCE WITH STANDARD POLICY OF COMPANY ISSUING CARD. NO REFUNDS ON LOST TICKETS.

X _____ SIGNATURE OF CARDHOLDER

- ISO CODE: US
- NAME OF PASSENGER: AGNEW/CHARLENE
- DATE OF ISSUE: 29APR09
- PLACE OF ISSUE: BNAAIA02
- PNR/CARRIER CODE: J9NS9Z / WN
- AGENT CODE: 002
- ISSUING AGENT ID: e27879
- NAME OF PASSENGER: AGNEW/CHARLENE
- X/O FROM: NASHVILLE TN
- X/O TO: HOUSTON HOBBY

ITINERARY:
- BNAHOUWN56  K29APR

ENDORSEMENTS/RESTRICTIONS:
51 - 70 lbs. Overweight Bag(1)
FP VI AUTH: 034711 $25.00 FC

- FARE: $0000.00
- MISC: $0025.00
- TAX: $0000.00
- TAX XF: $0000.00
- TOTAL: $0025.00
- CPN: 0
- DOCUMENT NUMBER: 5262600436516
- CK: 6

NOT VALID FOR TRAVEL
0  5262600436516  6

## MEALS

```
          Pappadeaux #33 (612)
       7800 Airport Blvd., Space C11
                Hobby Airport
              Houston, TX  77061
                (713) 847-7622
---------------------------------------------
Server: Heather H              Guests: 1
Ticket: 797                    April 22, 2009
Table: 52 Dine In                   07:33pm
---------------------------------------------
Greek Salad Small                      8.99
  With
     Shrimp                            4.99
Tea                                    2.49
                                    --------
Subtotal:                             16.47
Tax:                                   1.36
                                    --------
Total:                                17.83

Credit Card                          -17.83
                                    --------
Change:                                0.00
```

## CAR RENTAL

```
                   A L A M O

RA 416986599              Inv 40018521912
Rental    22-APR-2009 10:04 PM
NASHVILLE ARPT
Return    29-APR-2009 03:49 PM
NASHVILLE ARPT

CHARLENE AGNEW
Vehicle # 9G111617
Model       TAURUS LIMIT
Class Driven PCAR     Class Charged FCAR
License#  NWS480        State/Province  TX
M/Kms Driven   251
M/Kms Out     7494
M/Kms In      7745

Charges       No Unit      Price      Amount
T & M         1 Week      225.90      225.90*
OVERSTAY F    5 Days       10.99       54.95*
UNLIM M/KM    0 M/Kms                   0.00*
DLY FF FEE    0                         2.00*
FSO           1 Rental     34.92       34.92*
CONTRACT FACILITY CHARGE               28.00*
CONCESSION FEE RECOV                   29.21*
VEH RENTAL TAX @5.000 %                11.25
SALES TAX @9.250 %                     31.27

Total Charges                     USD 417.50

Paid By     AMEX   1003              -417.50

Amount Due                        USD   0.00

* Taxable Items
Subject to Audit
Frequent Flyer 00000048568236 Credit to
SOUTHWEST AIRLINES
Customer service Number 1(800) 445-5664
```

*Thank Jon!* MEALS :)

```
        LongHorn Steakhouse
        1000 Jefferson Ave S.
             931-520-8620

Server: Daisha                04/26/2009
Table 44/1                     3:12 PM
Guests: 2
                              #40008

Parmesan Crust Chic LP D        10.99
Unsweetened Tea                  2.29
Honey Mustard Chkn Snd-D         8.99

Complete Subtotal               22.27

Sub Total                       22.27
Tax                              2.17

Total                           24.44

Balance Due                     24.44
```

MEALS

```
HMSHOST
GIBSON BAR C14
NASHVILLE INT'L AIRPORT
CHECK:          2176
TABLE:          107/1
SERVER:         266 MARY
DATE:           APR29'09  4:51PM
CARD TYPE:      VISA        A0 4*
ACCT #:         XXXXXXXXXXXX9291
EXP DATE:       XX/XX
AUTH CODE:      085515
        ADVANCED LITIGATN SLTNS

TOTAL:               18.81

TIP:   _____

TOTAL: _____


X _____
  I AGREE TO PAY THE ABOVE AMOUNT
  IN ACCORDANCE WITH THE CARD
  ISSUER'S AGREEMENT.
```

MEALS

```
        RED LOBSTER 0731
          1410 Interstate Dr
        Cookeville, TN 38501-4123

                    Check # :32689
Table 4
Sara S
18:48:37 04/27/2009          Gst 1
---------------------------------
           Guest No.1
 1 Iced Tea                   2.29
 1 Popcorn Shrimp             9.99
---------------------------------
              Subtotal       12.28
              Sales Tax       1.20

18:48:37 04/27/2009
           Please pay this amount
              Total          13.48

(1003)Amex                   13.48

           Amount Due         0.00
              Change          0.00
```



```
Cracker Barrel Store #15
      Cookeville, TN
604845 INEZ L                    1

TBL 221/1      6514        GST 1
      APR28'09 12:56PM

1 ICED TEA UNSWEET         1.89
1 FF CFS                   8.99
  Subtotal                10.88
  Tip                      3.00
  Tax                      1.06
  Total                   14.94
  Charged Tip $            3.00
  XXXXXXXXXXX1003
  AUTHCODE:506879
  AMERICAN EXPRESS        14.94
--1188775 CLOSED APR28  1:31PM--
```