IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| iLIGHT TECHNOLOGIES, INC., | No. 2:06-0025 |
| Plaintiff and Counterclaim-Defendant, | Judge Haynes |
| v. | |
| FALLON LUMINOUS PRODUCTS CORPORATION, | |
| Defendant and Counterclaimant. | |

## FINAL JUDGMENT

Based upon the jury's verdict and for the reasons stated in open court and in its prior orders, the Court hereby enters final judgment in favor of Plaintiff/Counter-Defendant iLight Technologies, Inc. ("iLight") and against Defendant/Counter-Plaintiff Fallon Luminous Products Corporation ("Fallon") as follows:

1. iLight is **AWARDED** damages and other monetary relief against Fallon in the total amount of five million sixty two thousand nine hundred sixty-three dollars and fifty-four cents ($5,062,963.54) as follows:

    A. iLight is **AWARDED** two million dollars ($2,000,000) in compensatory damages against Fallon for violating iLight's patent rights (D.E. 261);

    B. iLight is **AWARDED** three hundred two thousand five hundred seventy-two dollars ($302,572) against Fallon in pre-judgment interest on iLight's compensatory damages award accrued from January 31, 2005 to April 30, 2009 (D.E. 261; D.E. 322, Tr. 39);

C. iLight is **AWARDED** one million dollars ($1,000,000) in increased damages against Fallon for willfully violating iLight's patent rights, pursuant to 35 U.S.C. § 284 (D.E. 261);

D. iLight is **AWARDED** one million seven hundred one thousand eighty-four dollars and eighty-four cents ($1,701,084.84) in attorney's fees against Fallon, pursuant to 35 U.S.C. § 285 (D.E. 311; D.E. 320); and

E. iLight is **AWARDED** fifty nine thousand three hundred six dollars and seventy cents ($59,306.70) in additional costs against Fallon (D.E. 322, Tr. 39-41).

2. iLight is **AWARDED** post-judgment interest accruing from April 30, 2009 in accordance with 28 U.S.C. § 1961 (D.E. 261).

3. iLight is **AWARDED** injunctive relief against Fallon as set forth in the Amended Permanent Injunction Order (D.E. 314).

4. All of Fallon's counterclaims against iLight are hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

ENTERED this the 1st day of October, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge