# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COOKEVILLE DIVISION

|  |  |  |
|---|---|---|
| ILIGHT TECHNOLOGIES, INC., | ) | No. 2:06-0025 |
| | ) | |
| **Plaintiff and Counterclaim-Defendant,** | ) | Judge Haynes |
| | ) | |
| v. | ) | JURY DEMAND |
| | ) | |
| FALLON LUMINOUS PRODUCTS | ) | |
| CORPORATION, | ) | |
| | ) | |
| **Defendant and Counterclaimant.** | ) | |

---

## FALLON'S SECOND AMENDED AND SUPPLEMENTAL NOTICE OF APPEAL
---

Notice is hereby given that Defendant and Counterclaimant Fallon Luminous Products Corporation ("Fallon") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this case on October 1, 2009 (Dkt. 324), including appeal of the award of: (i) compensatory damages, pre-judgment interest, increased damages, attorneys' fees and costs; (ii) post-judgment interest; (iii) injunctive relief; and (iv) appeal of the dismissal of Fallon's counterclaims.

This Second Amended and Supplemental Notice of Appeal amends and supplements: (i) Fallon's earlier Notice of Appeal filed on May 9, 2009 (Dkt. 276), and (ii) Fallon's Amended and Supplemental Notice of Appeal filed on July 23, 2009 (Dkt. 318).

Dated:  October 8, 2009          Respectfully submitted,


s/ C. Mark Kittredge

C. Mark Kittredge (admitted *pro hac vice*)
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
(602) 351-8130
(602) 648-7130 (facsimile)

Douglas L. Sawyer (admitted *pro hac vice*)
PERKINS COIE LLP
1899 Wynkoop Street, Suite 700
Denver, Colorado  80202-1043
(303) 291-2378
(303) 281-2400 (facsimile)

Brandy R. McMillion (admitted *pro hac vice*)
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603-5559
(312) 324-8400
(312) 324-9400 (facsimile)

Samuel D. Lipshie (No. 9538)
Jonathan D. Rose (No. 20967)
BOULT CUMMINGS CONNERS BERRY, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2340


*Attorneys for Defendant and Counterclaimant*,
*FALLON LUMINOUS PRODUCTS
CORPORATION*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to:

Stephen H. Price
Melissa Hunter
STITES & HARBISON, PLLC
SunTrust Center
424 Church Street
Suite 1880
Nashville, TN 37219

John W. Scruton
William Charles Ferrell
STITES & HARBISON, PLLC
1800 Capital Holding Center
400 W. Market Street
Louisville, KY 40202-3352

Timothy Vezeau
KATTEN MUCHIN ROSEMAN LLP
525 W Monroe Street, Suite 1600
Chicago, IL 60661-3693

on this the 8th day of October, 2009.

_s/ Brandy R. McMillion_
Brandy R. McMillion (admitted _pro hac vice)_

64094-0001/LEGAL17100963.1