IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

ILIGHT TECHNOLOGIES, INC., )
)
    Plaintiff, ) CASE NO. 2:06-00025
) JUDGE HAYNES
v. )
)
FALLON LUMINOUS PRODUCTS CORP., )
)
    Defendant. )

## O R D E R

Based upon the ruling by the United States Court of Appeals for the Federal Circuit (Docket Entry No. 326), the parties are **ORDERED** to submit briefs on whether a new trial is necessary in this action given the prior findings of the jury regarding claim infringement that the Federal Circuit affirmed. Oral argument on this issue will be heard on Friday, June 18, 2010 at 10:00 a.m. in Cookeville, Tennessee. Each parties' brief on this issue shall be submitted no later than Friday, June 11, 2010.

It is so **ORDERED**.

**ENTERED** this the 10th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge