IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| ILIGHT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 2:06-0025 |
| | ) | JUDGE HAYNES |
| FALLON LUMINOUS PRODUCTS CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In light of the Defendant's filing of bankruptcy, the Order of May 10, 2010 is set aside.

This action is **TRANSFERRED** to the Bankruptcy Court for the Eastern District of Tennessee.

It is so **ORDERED**.

**ENTERED** this the 10th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge