IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| iLIGHT TECHNOLOGIES, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FALLON LUMINOUS PRODUCTS )<br>CORPORATION, )<br>)<br>Defendant. ) | No. 2:06-0025<br><br>Judge Haynes<br><br>JURY DEMAND |

## DEFENDANT'S MOTION TO RELEASE
## DEFENDANT'S TRIAL EXHIBITS

The defendant, Fallon Luminous Products Corporation ("Fallon"), by and through undersigned counsel, hereby moves for the release of defendant's trial exhibits submitted to the Clerk during the trial of this matter held April 22-30, 2009. As grounds for this motion, Defendant states that, following an appeal to the Federal Circuit, this case was remanded for trial, with the trial on remand to commence January 13, 2011 in the United States Bankruptcy Court for the Eastern District of Tennessee. *See* Bankruptcy Court Order, **Exhibit 1**. The defendant's exhibits are needed by defendant in order to prepare for the trial.

Attached hereto as **Exhibit 2** is a proposed Order directing the Clerk to release defendant's exhibits to counsel for defendant and/or his designee. Attached to the proposed Order, for the Clerk's convenience, is the Exhibit and Witness List from the April 2009 trial, which indicates in the second column the defendant's exhibits sought to be released.