IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| iLIGHT TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:06-00025 |
| v. | ) | |
| | ) | Judge Haynes |
| FALLON LUMINOUS PRODUCTS CORPORATION, | ) | JURY DEMAND |
| Defendant. | ) | |

*Order [illegible] motion to be [illegible] [signature] 11-29-10*

## PLAINTIFF'S MOTION TO RELEASE PLAINTIFF'S TRIAL EXHIBITS

The Plaintiff, iLight Technologies, Inc., by and through undersigned counsel, hereby moves for the release of Plaintiff's trial exhibits submitted to the Clerk during the trial of this matter held April 22-30, 2009. As grounds for this motion, Plaintiff states that, following an appeal to the Federal Circuit, this case was remanded for trial, with the trial on remand to commence January 13, 2011 in the United States Bankruptcy Court for the Eastern District of Tennessee. *See* Bankruptcy Court Order, **Exhibit 1**. The Plaintiff's exhibits are needed by Plaintiff in order to prepare for the trial.

Attached hereto as **Exhibit 2** is a proposed Order directing the Clerk to release Plaintiff's exhibits to counsel for Plaintiff and/or his designee. Attached to the proposed Order, for the Clerk's convenience, is the Exhibit and Witness List from the April 2009 trial, which indicates in the first column the Plaintiff's exhibits sought to be released.